UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARSHA JACKSON, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | |
| BLUE STAR RECYCLING, LLC, CCR EQUITY HOLDINGS ONE, LLC, and CABE CHADICK | § § § § § | CIVIL ACTION NO. 3:20-cv-00967-M |
| *Defendants.* | § § | |

### APPENDIX IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND SUPPORTING BRIEF

In accordance with Local Rule 7.1(i), Defendant CCR Equity Holdings One, LLC, ("Defendant") files its Appendix in Support of its Motion to Dismiss and Supporting Brief. Defendant relies upon the following evidence in support of its Motion and Brief on file contemporaneously herewith, and this evidence is incorporated into the Motion and Brief as if set forth therein in full.

Attached are the following documents:

| | | |
|---|---|---|
| Exhibit A: | Certified Copy of Special Warranty Deed from Comet Auto Salvage, Inc. to CCR Equity Holdings One, LLC recorded in the real property records of Dallas County, Texas as instrument no. 201800096174; | App. 1 - 6 |
| Exhibit B: | The State of Texas's Original Petition in Intervention and Request for Temporary and Permanent Injunctions filed March 11, 2020 in Cause No. DC-18-18751 in the 191st District Court, Dallas County, Texas; | App. 7 - 21 |

| | | |
|---|---|---|
| Exhibit C: | Letter Re: Notice of Intent to File Citizen's Suit, 42 U.S.C. § 6972 dated November 26, 2019; | App. 22 - 26 |
| Exhibit D: | Commercial Lease between CCR Equity Holdings One, LLC and Blue Star Recycling, LLC, dated March 8, 2018; | App. 27 - 47 |
| Exhibit E: | Modified Temporary Restraining Order entered March 25, 2019 in Cause No. DC-18-18751 in the 191st District Court, Dallas County, Texas; | App. 48 - 50 |
| Exhibit F: | Temporary Injunction entered April 10, 2019 in Cause No. DC-18-18751 in the 191st District Court, Dallas County, Texas; | App. 51 - 53 |
| Exhibit G: | Excerpts from Reporter's Record of Hearing on Motion for Contempt and Status Conference, November 22, 2019 in Cause No. DC-18-18751 in the 191st District Court, Dallas County, Texas. | App. 54 - 60 |

Respectfully submitted,

*/s/ Gregory M. Sudbury*
GREGORY M. SUDBURY
Texas Bar No. 24033367
ERIC G. CARLSON
Texas Bar No. 24100076
**QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Phone)
(214) 871-2111 (Fax)
gsudbury@qslwm.com
ecarlson@qslwm.com

**ATTORNEYS FOR DEFENDANT CCR EQUITY HOLDINGS ONE, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on June 19, 2020 a true and correct copy of the foregoing pleading has been furnished to all counsel of record, via ECF, in accordance with the Federal Rules of Civil Procedure.

*/s/ Gregory M. Sudbury*
Gregory M. Sudbury