IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARSHA JACKSON, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | Civil Action No. 3:20-cv-00967-M |
| BLUE STAR RECYCLING, LLC, et al., | | |
| Defendants. | | |

**FINAL JUDGMENT**

Consistent with the Court's Order granting Defendant CCR Equity Holdings One, LLC's Supplemental Motion to Dismiss Amended Complaint, which was joined by Defendant Cabe Chadick, the Court ORDERS, ADJUDGES, AND DECREES that Plaintiff take nothing in this case against these two Defendants.

**SO ORDERED**.

March 26, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE