IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARSHA JACKSON, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | Civil Action No. 3:20-cv-00967-M |
| CITY OF DALLAS, | | |
| Defendant. | | |

## FINAL JUDGMENT

The Court has now granted Defendant's Motion to Dismiss as to both claims against the City of Dallas. In accordance with that Order, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff take nothing on her claims against Defendant. Costs are taxed to the party incurring same.

**SO ORDERED**.

August 4, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE