

**United States Court of Appeals for the Fifth Circuit**

Certified as a true copy and issued as the mandate on Jul 07, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 15, 2022

Lyle W. Cayce
Clerk

No. 21-10888

───────────────

MARSHA JACKSON,

*Plaintiff—Appellant*,

*versus*

CITY OF DALLAS,

*Defendant—Appellee*.

───────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-967

───────────────────────────────

Before CLEMENT, GRAVES, and COSTA, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 07, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 21-10888   Jackson v. City of Dallas
                       USDC No. 3:20-CV-967

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  */s/ Melissa Mattingly*
                                By: _____
                                Melissa V. Mattingly, Deputy Clerk
                                504-310-7719

cc:
    Ms. Laura Beth Beshara
    Mr. Michael Maury Daniel
    Ms. Ana Marie Jordan
    Mr. Nicholas Dane Palmer
    Mr. James Bickford Pinson